JACKLIN CHOU LEM (CASBN 255293)
ALEXANDRA J. SHEPARD (CASBN 205143)
HOWARD J. PARKER (WASBN 07233)
KAREN J. SHARP (TXSBN 02049500)
ANDREW J. NICHOLSON-MEADE (CASBN 284070)
PARADI JAVANDEL (CASBN 295841)
U.S. Department of Justice, Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEC TOKIN CORP.,<br><br>Defendant. | No. CR-15-0426-JD<br><br>**[PROPOSED] ORDER FOR EXPEDITED SENTENCING**<br><br>DATE: January 21, 2016 (requested, pending Court approval)<br>TIME: 10:30 am<br>COURT: Hon. James Donato |

The parties have requested that NEC TOKIN's entry of plea and sentencing be conducted on the same day. NEC TOKIN has waived its right to a presentence report. The Court, moreover, finds that it can exercise its sentencing authority meaningfully based on the information in the parties' Joint Sentencing Memorandum, the Declaration of Jacklin Chou Lem, and the parties' Plea Agreement. NEC TOKIN will be scheduled for an entry of plea and sentencing on January 21, 2016.

Dated: January 6, 2016

_____
HONORABLE JAMES DONATO
United States District Judge